IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE**: | ) |
| | ) |
| DAREL B. VOSS, | ) In Proceedings Under |
| DEBRA L. VOSS, | ) Chapter 13 |
|     Debtors, | ) |
| and | ) |
| | ) BK No.: 12-40489 |
| WELLS FARGO FINANCIAL ILLINOIS, | ) |
| | ) |
|     Creditor. | ) |

## OBJECTION TO CLAIM #6-1

Come now the Debtors, Darel and Debra Voss, by their attorney, Law Offices of Mueller and Haller, LLC, and for their Objection to Claim, states as follows:

1. That the creditor has filed a secured arrearage claim in the amount of $20,296.58.

2. That in accordance with the current plan, the arrearage claim should include the May 2012 payment as well.

3. That this arrearage claim should be increased to include the May 2012 payment, as the regular payments disbursed by the Trustee begin with the June 1, 2012 payment.

WHEREFORE, the Debtors pray this Court to enter an Order increasing the arrearage to $20,903.12 to include the May 2012 mortgage payment.

                                                            DAREL & DEBRA VOSS,

                                       By: /s/ William A. Mueller
                                            William A. Mueller #06187732
                                            James J. Haller #06226796
                                            Rachel Hill #41818
                                            Attorneys for Debtor
                                            5312 West Main Street
                                            Belleville, Illinois 62226
                                            (618) 236-7000