IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 13 |
| DAREL B. VOSS | ) | |
| DEBRA L. VOSS | ) | 12-40489 |
| | ) | |
| Debtors, | ) | |

## ORDER

This cause comes before the Court on the debtors' Objection to Claim of Creditor, WELLS FARGO FINANCIAL ILLINOIS. No response has been filed. The Court, being fully advised in the premises, SUSTAINS the debtors' objection.

IT IS ORDERED that the arrearage claim of Creditor is increased to the amount of $20,903.12 to include the May 2012 payment.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 28, 2012

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE/4