**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

In re:                                                      Case No. 12-40489
     DAREL BENJAMIN VOSS
     DEBRA LYNN VOSS
         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Russell Simon, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/17/2012.

2) The plan was confirmed on 07/13/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/12/2015, 10/26/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/11/2016.

5) The case was completed on 05/15/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $52,335.00.

10) Amount of unsecured claims discharged without payment: $44,547.77.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $109,166.76 |
| Less amount refunded to debtor | $1,653.28 |
| **NET RECEIPTS:** | **$107,513.48** |

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,996.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,161.51 |
| Other | $164.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$10,322.01** |

Attorney fees paid and disclosed by debtor:    $4.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 2ND WIND EXERCISE EQUIPMENT | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 5,578.84 | 5,890.88 | 5,670.12 | 5,670.12 | 158.19 |
| CARDIOLOGY CONSULTANTS | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LL( | Unsecured | NA | 1,949.84 | 1,949.84 | 442.02 | 0.00 |
| CENTER FOR ORTHOPEDIC SURG. | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,530.00 | NA | NA | 0.00 | 0.00 |
| CLINICAL RADIOLOGISTS SC | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Secured | 7,956.42 | 3,550.63 | 3,550.63 | 3,550.63 | 363.93 |
| FIRSTSOURCE LABORATORY SOLUT | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| HAWTHORNE ARCHITECTURAL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 1,988.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUI | Priority | 91.00 | 1,787.20 | 1,494.00 | 1,494.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUI | Unsecured | NA | 0.00 | 293.20 | 66.47 | 0.00 |
| ILLINOIS SPORTS MEDICINE | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 20,719.64 | 21,781.73 | 7,313.52 | 7,313.52 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 11,592.13 | 0.00 | 11,592.13 | 11,592.13 | 314.17 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 2,876.08 | 651.99 | 0.00 |
| MID AMERICA IMAGING | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,531.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 398.00 | 159.04 | 159.04 | 36.05 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 2,743.35 | 2,743.35 | 621.90 | 0.00 |
| MIDWEST EMERGENCY DEPT | Unsecured | 2,607.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE ANIMAL CLINIC | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| OAC RAD CONSULT OF MID AMERIC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 422.00 | 383.10 | 383.10 | 86.85 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,034.00 | 934.22 | 934.22 | 211.78 | 0.00 |
| PROFESSIONAL THERAPY | Unsecured | 1,578.00 | NA | NA | 0.00 | 0.00 |
| PROST DATE INC. DBA LAB | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| QUAD COUNTY READY MIX | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF MID | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| SPRINT / HARVARD COLLECTION | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST CLAIR ORTHOPEDICS | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| ST ELIZABETHS HOSPITAL | Unsecured | 5,426.00 | NA | NA | 0.00 | 0.00 |
| ST ELIZABETHS HOSPITAL | Unsecured | 11,132.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS, INC. | Unsecured | 2,177.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON COUNTY | Secured | 2,768.77 | NA | NA | 0.00 | 0.00 |
| WASHINGTON COUNTY HOSPITAL | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON COUNTY HOSPITAL | Unsecured | 2,175.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL IL INC | Secured | 20,296.58 | 20,296.58 | 20,903.12 | 20,903.12 | 0.00 |
| WELLS FARGO FINANCIAL IL INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL IL INC | Secured | NA | 1,234.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL IL INC | Secured | 99,000.00 | 108,120.38 | 108,120.38 | 43,714.60 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $108,120.38 | $43,714.60 | $0.00 |
| Mortgage Arrearage | $20,903.12 | $20,903.12 | $0.00 |
| Debt Secured by Vehicle | $5,670.12 | $5,670.12 | $158.19 |
| All Other Secured | $15,142.76 | $15,142.76 | $678.10 |
| **TOTAL SECURED:** | **$149,836.38** | **$85,430.60** | **$836.29** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,807.52 | $8,807.52 | $0.00 |
| **TOTAL PRIORITY:** | **$8,807.52** | **$8,807.52** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$9,338.83** | **$2,117.06** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $10,322.01 |
| Disbursements to Creditors | $97,191.47 |
| **TOTAL DISBURSEMENTS** : | **$107,513.48** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/13/2017                    By: /s/ Russell Simon
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**